United States District Court
Eastern District of Michigan

**RONALD J. THURSAM**,

    Plaintiff,

v.

Civil No. 25-12639

Mag. Judge Elizabeth A. Stafford

**FRANK BISIGNANO**,
Commissioner of Social Security,

    Defendant.

## Stipulated Order Vacating Stay and Extending Deadlines

On October 21, 2025, the Court entered an Order granting Defendant's Ex Parte Motion for Stay During Lapse of Appropriations and staying this matter pending restoration of congressional funding, (ECF no. 6). Because the lapse in appropriations has ended and the federal government has resumed normal operations, the stay previously entered in this matter is LIFTED.

Accordingly, IT IS ORDERED that all existing deadlines in this case are EXTENDED by ninety (90) days from their current dates. The following deadlines shall apply:

    Defendant's Certified Copy of the Administrative Records:    01/20/25

    IT IS SO ORDERED.

1

s/Elizabeth A. Stafford
United States Magistrate Judge

Dated: December 16, 2025